UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-20584-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ALAMEDA, JOSE GONZALEZ
and GILBERT GUERRERO,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Defendant Juan Alameda's Motion to Suppress Post Arrest Statements (DE # 51, 8/30/07), Defendant Gilbert Guerrero's Motion to Suppress Post Arrest Statements (DE # 53, 8/31/07), and Defendant Jose Gonzalez's Motion to Suppress Statements (DE # 57, 9/4/07).

THE MATTER was referred to the Honorable John O'Sullivan, United States Magistrate Judge. A Report and Recommendation dated September 10, 2007 has been filed, recommending that the Motions be denied. The parties have failed to file objections to the Report. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that United States Magistrate Judge O'Sullivan's Report

and Recommendation of September 10, 2007, is RATIFIED, AFFIRMED and ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of September, 2007.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge O'Sullivan (305) 523-5929
Counsel of Record